IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA PEREZ                                                                                                    PLAINTIFF

vs.                                           Civil No. 4:15-cv-04024

CAROLYN W. COLVIN                                                                                  DEFENDANT
Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

On April 22, 2015, Defendant filed a Motion to Remand.  ECF No. 9.  With this Motion, Defendant requests Plaintiff's case be remanded pursuant to Sentence 6 of 42 U.S.C. § 405(g).  *Id.* Plaintiff has responded to this Motion and does not object to Defendant's requested remand.  ECF No. 11.

The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

The undersigned finds Plaintiff's Complaint should be and hereby is dismissed without prejudice pursuant to Sentence Six of 42 U.S.C. § 405(g).  This Court directs the ALJ to make additional findings on remand as are necessary to fully and adequately develop the record.

**ENTERED this 27th day of April 2015.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/   Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE