IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA PEREZ                                                                                          PLAINTIFF

vs.                                            Civil No. 4:15-cv-04024

CAROLYN W. COLVIN                                                                          DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to Sentence Six of 42 U.S.C. § 405(g).

**ENTERED this 27th day of April 2015.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE