IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA PEREZ                                                                                      PLAINTIFF

vs.                                     Civil No. 4:15-cv-04024

CAROLYN W. COLVIN                                                                  DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Before the Court is Plaintiff's Motion for Judgment.  ECF No. 14.  Plaintiff's case was previously remanded pursuant to Sentence Six of 42 U.S.C. § 405(g).  *See* ECF No. 13.  Subsequent to this remand, Plaintiff was awarded disability benefits in a fully favorable decision from the Social Security Administration.  ECF No. 14-1.  Plaintiff now seeks a final judgment on her behalf so that she can proceed with an application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Upon review, the Court finds this Motion (ECF No. 14) should be **GRANTED**, and final judgment is entered on behalf of Plaintiff.

**ENTERED this 2nd day of September 2016.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE